JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMITTEE FOR CHILDREN, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CMB KIDS, a Nevada limited liability company; and DOES 1 through 3, inclusive,<br><br>Defendant. | Case No. 2:18-cv-05753-RGK-KS<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE |

-1-

1    Pursuant to the stipulation of the parties and good cause appearing therefore,

2    the above-captioned action, including all claims asserted therein, is dismissed with

3    prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each

4    party to bear its own costs and attorneys' fees.

5

6    **IT IS SO ORDERED.**

7

8

9    Dated:  December 26, 2018    _____

10   THE HONORABLE R. GARY KLAUSNER
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-